IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA PASSIMENT,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>　　　　　　　Defendant. | Civil Action No. 3:19-cv-01209-JMM<br><br>Honorable James M. Munley<br><br>Electronically Filed |

## STIPULATION AND CONSENT ORDER

THIS MATTER having come before the Court by the agreement and upon the joint application of the parties; and Plaintiff Christina Passiment ("Plaintiff") and Defendant PNC Bank, N.A. ("PNC") having agreed, through their respective undersigned counsel, to enter into binding arbitration of Plaintiff's claims against PNC; and good cause having been shown;

IT IS THIS __16th__ day of __September__, 2019 hereby

ORDERED that Plaintiff and PNC are to submit their dispute to arbitration in accordance with the parties' written agreement to arbitrate, attached hereto; and it is further

ORDERED that Plaintiff's claims in the above-captioned matter are stayed pending resolution of her claims in arbitration; and it is further

ORDERED that this matter is hereby administratively terminated.

IT IS SO ORDERED.

_____
U.S.D.J.

The undersigned counsel hereby consent to the substance and form of this Order, and to its immediate entry upon the docket.

/s/ Brett Freeman  
Brett Freeman, Esquire  
Sabatini Freeman, LLC  
216 North Blakely Street  
Dunmore, PA 18512  

*Counsel for Plaintiff*

/s/ Jenny N. Perkins  
Jenny N. Perkins, Esquire  
Ballard Spahr LLP  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103  

*Counsel for Defendant PNC Bank, N.A.*

Dated: September 15, 2019

Dated: September 16, 2019

2