# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA PASSIMENT,<br><br>      Plaintiff,<br><br>  v.<br><br>PNC BANK, N.A.,<br><br>      Defendant. | Civil Action No. 3:19-cv-01209<br><br>Electronically Filed |

## **JOINT STIPULATION OF DISMISSAL**

**COMES NOW** Plaintiff, Christina Passiment ("Plaintiff"), and Defendant, PNC Bank, N.A. ("PNC"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against PNC in the above-styled action, with Plaintiff and PNC to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 17th day of December, 2020.

| | |
|---|---|
| /s/ *Brett Freeman*<br>Brett Freeman, Esquire<br>Sabatini Freeman, LLC<br>216 North Blakely Street<br>Dunmore, PA 18512<br><br>*Attorney for Plaintiff* | /s/ *Jenny N. Perkins*<br>Jenny N. Perkins, Esquire<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br><br>*Attorney for PNC Bank, N.A.* |